**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ONEIDA CANTOS,

                Plaintiff,                          19 **CIVIL** 4269 (GBD)(SDA)

        -against-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 8, 2020, Magistrate Judge Aaron's Report is ADOPTED. Plaintiff's motion for judgment on the pleadings is GRANTED and the matter is remanded for further proceedings. Defendant's cross-motion for judgment on the pleadings is DENIED.

**Dated:**  New York, New York
          September 8, 2020

                                                                   **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                                  **BY:**   *K. Mango*
                                                         **Deputy Clerk**