**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 12/08/2020 _
```

**Oneida Cantos,**

**Plaintiff,**

-against-

**Commissioner of Social Security,**

**Defendant.**

1:19-cv-04269 (GBD) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

The Commissioner shall file his response, if any, to Plaintiff's motion for attorney's fees

(*see* ECF No. 26) no later than December 22, 2020.

**SO ORDERED.**

DATED:      New York, New York
            December 8, 2020

_____
STEWART D. AARON
United States Magistrate Judge